IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR ALPHA BANK & TRUST | ) ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION FILE NO.: 1:11-CV-3423 |
| v. | ) ) | |
| JAMES A. BLACKWELL, JR., JOSEPH L. BRINER (nominally, to extent of Insurance policy coverage only), DAN E. BURGE, CLAUD E. CLARK, THOMAS D. DANIEL, ROBERT E. GARRISON, BARRY E. MANSELL, JACK. V. MILLER, JAYANTILAL K. PATEL, ROBERT E. SKEEN, III, and D. MICHAEL SLEETH, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

## JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

1. **Description of Case:**

   (a) Describe briefly the nature of this action. This is an action by the FDIC, as Receiver, against the former officers and directors of a failed bank alleging claims for negligence and gross negligence.

1

1032186-1
1032186.1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

*The case is assigned an 8-month discovery period*

IT IS SO ORDERED, this 27th day of Jan., 2012.

Richard W. Story
UNITED STATES DISTRICT JUDGE

15

1032186-1
1032186.1