# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Alpha Bank & Trust, | : : : : : : |
| Plaintiff, | : CIVIL ACTION NO. : 1:11-CV-3423-RWS |
| v. | : : : |
| JAMES A. BLACKWELL, JR., *et al.*, | : : : |
| Defendant. | : |

## ORDER

This case is before the Court for consideration of the Joint Consent Motion Extending the Discovery Period [147]. After review of said Motion and for good cause shown, the Court hereby **GRANTS** said Motion.

It is hereby **ORDERED** that the discovery period in this action is extended through and including November 10, 2013.

**SO ORDERED**, this  26th  day of June, 2013.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)